# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-4130

_____

United States of America,           *
                                           *

        Appellee,          *
                                           *

     v.                    *    Appeal from the United States
                                         *    District Court for the

Emeterio Rojas Silva,         *    Southern District of Iowa.
                                         *

        Appellant.       *      [UNPUBLISHED]
                                         *

_____

Submitted:  December 7, 2005
Filed:  December 20, 2005

_____

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

      Emeterio Rojas Silva filed a 28 U.S.C. § 2255 motion seeking relief, based on the Supreme Court's holding in Blakely v. Washington, 542 U.S. 296 (2004), from his 120-month statutory-minimum sentence imposed on his drug convictions in 2002. The district court[1] denied relief, but granted a certificate of appealability on whether the rule announced in Blakely, or now United States v. Booker, 125 S. Ct. 738 (2005), applies retroactively to cases on collateral review. We have since decided that it does

_____

     [1]The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa.

not. <u>See</u> <u>Never Misses A Shot v. United States</u>, 413 F.3d 781, 783-84 (8th Cir. 2005) (per curiam).  Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B.  Counsel's motion to withdraw is granted.

_____